DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWIN CORDERO<br><br>Defendant(s). | Criminal No.  21 Cr. 153 (KM)<br><br>**SENTENCING SUBMISSION NOTICE OF DEFENDANT** |

Please be advised that, on this date, defendant EDWIN CORDERO submitted sentencing materials to the Court in this case.

Date:   June 19, 2021

By:   /s Brandon D. Minde

DUGHI, HEWIT & DOMALEWSKI